## PEDRO ZAPATA *v.* JOSE MORA

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 790 (AC 30981), is denied.

*Abram J. Heisler,* in support of the petition.

Decided September 8, 2010

## JERMAINE D. DEAS *v.* ENRIQUE C. DIAZ ET AL.

The petition by the defendant Transportation General, Inc., doing business as Metro Taxi, for certification for appeal from the Appellate Court, 121 Conn. App. 826 (AC 31143), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Kevin W. Smith,* in support of the petition.

*John W. Mills,* in opposition.

Decided September 8, 2010

## CHRISTOPHER BEDARD *v.* WESTON MOTORS, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 760 (AC 31345), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Houston Putnam Lowry,* in support of the petition.

*Jack M. Bassett,* in opposition.

Decided September 8, 2010